UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

BRANDON THOMPSON,

        Plaintiff,

v.                                     Case No. 0:22-cv-60959-AHS

PENN CREDIT CORPORATION, INC.,

        Defendant.
_____/

## JOINT CONFERENCE REPORT

(A)    the likelihood of settlement; **The parties will work together in good faith to determine if there can be a resolution.**

(B)    the likelihood of appearance in the action of additional parties; **None.**

(C)    proposed limits on the time:

(i)    to join other parties and to amend the pleadings: **August 12, 2022.**

(ii)    to file and hear motions: **February 10, 2023.**

(iii)    to complete discovery: **January 13, 2023.**

(D)    proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment;

    **i.**    Simplification of Issues: **The parties will meet and confer to discuss the viability of the claims within 14 days of the entry of this scheduling report.**

    ii.    Deadline for Motions for Summary Judgment: **February 10, 2023.**

(E)    the necessity or desirability of amendments to the pleadings; **The parties propose August 12, 2022, as a deadline to amend the pleadings, if necessary.**

(F) the possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence; **The parties agree to exchange information via discovery without the need from the Court on admissibility of evidence.**

(G) suggestions for the avoidance of unnecessary proof and of cumulative evidence; **The parties have agreed to work cooperatively together and do not anticipate any evidentiary issues.**

(H) suggestions on the advisability of referring matters to a Magistrate Judge or master; **The parties do not unanimously consent to a Magistrate Judge.**

(I) a preliminary estimate of the time required for trial; **2 days**

(J) requested date or dates for conferences before trial, a final pretrial conference, and trial;

**Conference before trial: April 19, 2023**

**Final pretrial conference: May 18, 2023**

**Trial: July 20, 2023**

(K) any issues about: None.

(i) disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced; **The parties agree to produce ESI in original format and/or .PDF format if original format is not relevant.**

(ii) claims of privilege or of protection as trial-preparation materials, including - - if the parties agree on a procedure to assert those claims after production -- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502: **The parties will file a motion for protective order prior to producing privileged materials.**

(iii) when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist; and **The parties will agree to use the ESI Checklist.**

(L) any other information that might be helpful to the Court in setting the case for status or pretrial conference. **None at this time.**

Date: July 15, 2022

Respectfully submitted,

*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq., *Of Counsel*
Florida Bar No. 1013947
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

*/s/ Adam H. Settle*
Adam H. Settle, Esq.
Florida Bar No. 1026828
KAUFMAN DOLOWICH & VOLUCK, LLP Four Penn Center 1600
John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
Telephone: (215) 501-7002
asettle@kdvlaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alexander J. Taylor*